RONALD L. RICHMAN (SBN 139189)
SUSAN J. OLSON (SBN 152467)
ARLENA V. CARROZZI (SBN 250116)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415-352-2700
Facsimile: 415-352-2701
e-mail: ron.richman@bullivant.com
susan.olson@bullivant.com
arlena,carrozzi@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>A & B BUILDING MAINTENANCE CO., INC., a California corporation; and ROBERT L. HERNANDEZ, an individual,<br><br>Defendant. | Case No.: CV 12-01609 NC<br><br>**REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON** |

– 1 –

REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON
*Board of Trustees, etc., et al. v. A&B Building Maintenance Co., et al.* [U.S.D.C. (N.D. Cal.) No. C 12-01609 NC]

1  Plaintiffs Laborers Trust Funds respectfully request that this Court dismiss this entire
2 action, without prejudice, on the following grounds:
3  On March 30, 2012, Plaintiffs Laborers Trust Funds filed their Complaint for Damages
4 for Breach of Collective Bargaining Agreement and For a Mandatory Injunction ("Complaint").
5 By their Complaint, Plaintiffs sought to conduct an audit of Defendant A & B Building's books
6 and records for the period January, 2007 through the present, to determine if Defendant A & B
7 Building properly reported and paid its trust fund contributions on behalf of its covered workers.
8  Defendants allowed the audit and the audit was recently completed. If there is a dispute
9 regarding alleged outstanding trust fund contributions due and owing on behalf of Defendants'
10 covered employees that cannot be resolved informally, Plaintiffs will initiate a further action to
11 collect any outstanding trust fund contributions.
12  Based on the above, Plaintiffs respectfully request that this Court dismiss this entire
13 action, without prejudice.
14 DATED: September 27, 2012

BULLIVANT HOUSER BAILEY PC

By  /s/ Arlena V. Carrozzi
Ronald L. Richman
Susan J. Olson
Arlena V. Carrozzi

– 2 –
REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON
*Board of Trustees, etc., et al. v. A&B Building Maintenance Co., et al.* [U.S.D.C. (N.D. Cal.) No. C 12-01609 NC]

1 **ORDER**

2     Pursuant to the Plaintiff's request to dismiss this case without prejudice and good cause

3 appearing:

4     IT IS HEREBY ORDERED that this case be and hereby is dismissed, without prejudice.

5 The October 3, 2012 Case Management Conference is hereby vacated.

6

7 DATED: September ___28___, 2012

8     By _____
9         HON. NATHANAEL M. COUSINS
        UNITED STATES MAGISTRATE JUDGE

10

11

12 13883560.1

*****

– 3 –

REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON
*Board of Trustees, etc., et al. v. A&B Building Maintenance Co., et al.* [U.S.D.C. (N.D. Cal.) No. C 12-01609 NC]