1  RONALD L. RICHMAN (SBN 139189)
   SUSAN J. OLSON (SBN 152467)
2  ARLENA V. CARROZZI (SBN 250116)
   BULLIVANT HOUSER BAILEY PC
3  601 California Street, Suite 1800
   San Francisco, California  94108
4  Telephone:     415-352-2700
   Facsimile:      415-352-2701
5  e-mail:          ron.richman@bullivant.com
                   susan.olson@bullivant.com
6                  arlena,carrozzi@bullivant.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | Case No.: CV 12-01609 NC |
|---|---|
| Plaintiff, | **REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON** |
| vs. | |
| A & B BUILDING MAINTENANCE CO., INC., a California corporation; and ROBERT L. HERNANDEZ, an individual, | |
| Defendant. | |

– 1 –

REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON
*Board of Trustees, etc., et al. v. A&B Building Maintenance Co., et al.* [U.S.D.C. (N.D. Cal.) No. C 12-01609 NC]

Plaintiffs Laborers Trust Funds respectfully request that this Court dismiss this entire action, without prejudice, on the following grounds:

On March 30, 2012, Plaintiffs Laborers Trust Funds filed their Complaint for Damages for Breach of Collective Bargaining Agreement and For a Mandatory Injunction ("Complaint"). By their Complaint, Plaintiffs sought to conduct an audit of Defendant A & B Building's books and records for the period January, 2007 through the present, to determine if Defendant A & B Building properly reported and paid its trust fund contributions on behalf of its covered workers.

Defendants allowed the audit and the audit was recently completed. If there is a dispute regarding alleged outstanding trust fund contributions due and owing on behalf of Defendants' covered employees that cannot be resolved informally, Plaintiffs will initiate a further action to collect any outstanding trust fund contributions.

Based on the above, Plaintiffs respectfully request that this Court dismiss this entire action, without prejudice.

DATED: September 27, 2012

BULLIVANT HOUSER BAILEY PC


By   */s/ Arlena V. Carrozzi*
Ronald L. Richman
Susan J. Olson
Arlena V. Carrozzi

**ORDER**

Pursuant to the Plaintiff's request to dismiss this case without prejudice and good cause appearing:

IT IS HEREBY ORDERED that this case be and hereby is dismissed, without prejudice. The October 3, 2012 Case Management Conference is hereby vacated.

DATED: September __28__, 2012

By _____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

13883560.1

\*\*\*\*\*

– 3 –
REQUEST TO DISMISS CASE WITHOUT PREJUDICE; ORDER THEREON
*Board of Trustees, etc., et al. v. A&B Building Maintenance Co., et al.* [U.S.D.C. (N.D. Cal.) No. C 12-01609 NC]